DANIEL G. BOGDEN
United States Attorney
MEGAN RACHOW
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775)784-5438
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FERNANDO SALADO-MARILES,
FANNY ALBERTINA TOLEDO,
ZORIEDA CARRILLO, and
GERMAN ZAMORANO,

    Defendants.

3:11-MJ-0059-VPC

MOTION TO UNSEAL CRIMINAL CASE

COMES NOW the UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, and files this motion to unseal the Criminal Case in this matter. The criminal investigation has reached a stage where unsealing of the affidavit will not cause any undue disruption in the processing of the matter. Accordingly, the need to keep the foregoing items sealed no longer outweighs its disclosure.

Submitted this 10th day of June, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

MEGAN RACHOW
Assistant United States Attorney

IT IS SO ORDERED.

Dated: June 14, 2011

VALERIE P. COOKE
United States Magistrate Judge

1