# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>GERMAN ZAMORANO,<br><br>Defendant. | Case No. 3:11-cr-00071-LRH-CLB<br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against GERMAN ZAMORANO is hereby DISMISSED.

Dated this 31st day of January, 2022.

_____
LARRY R. HICKS, JUDGE
UNITED STATES DISTRICT COURT

1